946 F.2d 1565
 292 U.S.App.D.C. 85
 NOTICE: D.C. Circuit Local Rule 11(c) states that unpublished orders, judgments, and explanatory memoranda may not be cited as precedents, but counsel may refer to unpublished dispositions when the binding or preclusive effect of the disposition, rather than its quality as precedent, is relevant.
Kyle MULHALL, Appellant,
v.
The DISTRICT OF COLUMBIA, Frederick D. Cook, Jr., District
of Columbia Corporate Counsel, in his official capacity and
Arlene Robinson, Chief of Child Support Unit, District of
Columbia Corporation Counsel, individually and in her
official capacity.
 No. 90-5231.
 United States Court of Appeals, District of Columbia Circuit.
 May 10, 1991.
Rehearing and Rehearing En Banc Denied July 25, 1991.
 
 Before SILBERMAN, BUCKLEY and STEPHEN F. WILLIAMS, Circuit Judges.
 ORDER
 PER CURIAM.
 
 
 1
 Upon consideration of the motion for summary affirmance, the opposition thereto, and the reply, it is
 
 
 2
 ORDERED that the motion for summary affirmance be granted substantially for the reasons stated by the district court in the memorandum accompanying its order filed July 12, 1990. The merits of the parties' positions are so clear as to justify summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C.Cir.1987) (per curiam); Walker v. Washington, 627 F.2d 541, 545 (D.C.Cir.) (per curiam), cert. denied, 449 U.S. 994 (1980).
 
 
 3
 The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing. See D.C.Cir. Rule 15.